AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS PROFFITT<br><br>*Defendant(s)* | Case No.<br><br>1:20MJ4087 ACL |

**FILED**

APR 28 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24, 2020__ in the county of __Cape Girardeau & elsewhere__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 844(i). | Arson of Building Affecting Interstate Commerce |

This criminal complaint is based on these facts:

See affidavit in support of Criminal Complaint which is attached and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick Dallas, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/28/2020

_____
*Judge's signature*

City and state: Cape Girardeau, MO

Abbie Crites-Leoni, U.S. Magistrate Judge
*Printed name and title*